**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Norman Anthony BROWN, Defendant—Appellant.**

No. 08–30249.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted April 13, 2009.*

Filed April 21, 2009.

Hannah Horsley, Assistant U.S., Stephen Piefer, Esquire, Office Of The U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Robert M. Stone, Robert Stone, Attorney at Law P.C., Medford, OR, for Defendant–Appellant.

Before: GRABER, GOULD and BEA, Circuit Judges.

## MEMORANDUM **

Norman Anthony Brown appeals from the district court's revocation of supervised release and the 21–month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Brown's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Brown has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's order is **AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.